**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** New Bedford          **Category No.** II          **Investigating Agency** ATF

**City** New Bedford

**Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10343          [✓] Yes [ ] No

Defendant Name   Ahkari Jones                                          Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name:   Smoove

Address:   New Bedford, MA

Birth date (Yr only): 1995    SSN (last 4#): 5901    Sex: M    Race Black    Nationality: USA

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Philip C. Cheng  / John Reynolds          Bar Number if applicable: _____

**Interpreter:** [ ] Yes [✓] No          List language and/or dialect: _____

**Victims:** [ ] Yes [✓] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [ ] Yes [✓] No

[✓] Warrant Requested    [ ] Regular Process    [✓] In Custody

**Location Status:**   Bristol County Sheriff's Department

**Arrest Date:**   3/12/2025

[ ] Already in Federal Custody as of _____ in _____ .

[✓] Already in State Custody at Bristol County    [ ] Serving Sentence    [✓] Awaiting Trial

[ ] On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    [ ] Complaint    [ ] Information    [✓] Indictment

**Total # of Counts:**    [ ] Petty ___    [ ] Misdemeanor ___    [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓]    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/20/2025          Signature of AUSA: */s/ Philip C. Cheng*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Ahkari Jones _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Possession with intent to distribute 28 grams or more of cocaine base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013